# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 5:16-CV-00088

DISH NETWORK L.L.C.,        )
ECHOSTAR TECHNOLOGIES L.L.C.,  )
and NAGRASTAR L.L.C.       )
                      )
        Plaintiffs    )
                      )      **ORDER**
    v.                )
                      )
LONNIE HATLEY,       )
                      )
                      )
        Defendant.   )
                      )

**THIS MATTER** is before the Court *sua sponte*. Following Plaintiffs' Motion for Default Judgment (Doc. No. 9), the Court issued an Order on May 26, 2017, granting the Motion for Default Judgment and awarding Plaintiffs $10,000 in statutory damages to be recovered from Defendant (Doc. No. 11).

In that same Order, the Court ordered Plaintiffs to submit within twenty (20) days an accurate accounting of attorneys' fees and other litigation costs pursuant to 18 U.S.C. § 2520(b). Plaintiffs were ordered that failure to timely submit the requested accounting would constitute forfeiture of the right to recover fees and costs pursuant to 18 U.S.C. § 2520(b) from Defendant. The deadline for receipt of an accurate accounting was set for June 15, 2017. Plaintiffs have not submitted any accounting of attorneys' fees or related motion for fees or an extension of time.

The Court, therefore, finds that finds that Plaintiffs have forfeited any right to recover fees and costs and that this matter is now fully resolved.

The Clerk of Court is directed to close this civil case.

**SO ORDERED.**

Signed: September 13, 2017

Graham C. Mullen
United States District Judge