# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| EchoStar Technologies L.L.C. <br>     DISH Network L.L.C. <br>     NagraStar LLC**,** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | JUDGMENT IN CASE <br><br> 5:16-cv-00088-GCM |
|     Plaintiff(s), | | |
| vs. | | |
| Lonnie Hatley**,** <br>     Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 26, 2017 and September 13, 2017 Orders.

                                              September 13, 2017

*[Signature]*

Frank G. Johns, Clerk
United States District Court